**LEWIS BRISBOIS, BISGAARD & SMITH LLP**
THOMAS S. KIDDE, SB# 61717
 E-Mail: kidde@lbbslaw.com
JOSHUA S. HODAS, SB#250802
 E-Mail: jhodas@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant Sweet Earth Organic
Chocolates, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SWEET EARTH, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SWEET EARTH ORGANIC CHOCOLATES, INC., AND DOES 1-10, inclusive<br><br>　　　　　Defendants. | Civil Action No. 12-02659 YGR<br><br>***MODIFIED* ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION TO AUGUST 14, 2012; AND SETTING COMPLIANCE CONFERENCE FOR AUGUST 10, 2012** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto pursuant to Local Rule 7-12, and with the approval of this Court, that the hearing on the motion for preliminary injunction, presently scheduled for July 18, 2012, be continued to August 14, 2012, based upon the following:

　　　　WHEREAS, Plaintiff filed its complaint on May 31, 2012, and its motion for preliminary injunction on June 11, 2012.

　　　　WHEREAS Defendant filed its Answer to the Complaint and its opposition to the motion for preliminary injunction on June 25, 2012.

　　　　WHEREAS, the parties have since entered into negotiations to resolve the dispute underlying the instant action and have exchanged and signed a settlement agreement to that effect,

LEWIS
BRISBUS
BISGAARD &
SMII1-1 UP
ATIORNEYS AT LAW

but Defendant requires additional time to fulfill one of the conditions for entry of a dismissal.

Accordingly, as the hearing on the motion for preliminary injunction is scheduled for July 18, 2012 and the parties are unsure at this time if a dismissal can be filed prior to the hearing, the parties respectfully request that the hearing date be continued to August 14, 2012, or a date convenient for the Court's calendar thereafter, so as to allow for filing of the dismissal prior thereto.

**IT IS SO STIPULATED.**

DATED: July 11, 2012         JEANNETTE K. WITTEN
                             GAVIN KOGAN
                             LINDSEY B.W. SAVAGE
                             PARRAVANO WITTEN PC


                             By:    /s/ Lindsey B.W. Savage
                                 Lindsey B.W. Savage
                                 Attorneys for Plaintiff Sweet Earth, Inc.


DATED: July 11, 2012         THOMAS S. KIDDE
                             JOSHUA S. HODAS
                             LEWIS BRISBOIS BISGAARD & SMITH LLP


                             By:    /s/ Thomas S. Kidde
                                 Thomas S. Kidde
                                 Attorneys for Defendant Sweet Earth Organic Chocolates, Inc.



LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4849-2657-1792.1
4849-2657-1792.1                           2                              CV 12-02659 YGR
[*MODIFIED*] ORDER GRANTING CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION

## ORDER

**GOOD CAUSE APPEARING, IT IS ORDERED** that the hearing on Plaintiff's Motion for Preliminary Injunction, presently scheduled for July 18, 2012, be and is **CONTINUED** to **August 14, 2012** at 2:00 p.m.

A Compliance Conference is scheduled for **Friday, August 10, 2012** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: July 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

4849-2657-1792.1                   3                   CV 12-02659 YGR
[*MODIFIED*] ORDER GRANTING CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION

LEWIS
BRISBOIS
BISGAARD &
SMITH LLP
ATTORNEYS AT LAW